UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

AONRAI C. JERRY,

               Plaintiff,

                                     Case No. 1:23-cv-1244

v.

                                     Honorable Jane M. Beckering

JOHN DAVIS et al.,

               Defendants.

_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   January 11, 2024                 /s/ Jane M. Beckering
                                             Jane M. Beckering
                                             United States District Judge